**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HUEY FERGUSON JR., | ) | NO. CV 17-05777-RGK (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CLYETTE WILCHER, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 15, 2020

                                                                  */s/ Gary Klausner*
                                             R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE